UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

IN RE: THOMAS A. DiLUGLIO MISC. NO. 06-058T

**SHOW CAUSE ORDER**

On March 30, 2006, the Respondent filed the attached Attorney Registration Form to satisfy the "Periodic Registration Requirements" of LR Gen 203(d). On that form, the Respondent certified that he is "currently in good standing as an attorney admitted to practice before the Bar of the Supreme Court of the State of Rhode Island...," and that, "The information contained in this registration form is true and correct." However, this Court has been informed by the Rhode Island Supreme Court that the Respondent has been suspended from the practice of law since 2002 for non-payment of bar dues.

Therefore, the Respondent is hereby directed to show cause within ten (10) days of this Order why he should not be disbarred or suspended from the practice of law before this Court for misrepresenting his status with the Rhode Island State Bar and for failing to report his suspension as required by the Local Rules of this Court.

SO ORDERED.

Ernest C Torres
Chief United States District Judge

Date: 6/16/06