UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: THOMAS A. DILUGLIO MISC NO. 06-058T

SHOW CAUSE ORDER
RESPONDENT'S REQUEST FOR HEARING TO SHOW CAUSE

TO THE HONORABLE UNITED STATES DISTRICT COURT CHIEF JUDGE.

NOW COMES RESPONDENT, THE ABOVE NAMED, WHO UPON DIRECTION OF THIS HONORABLE COURT, WITHIN TEN (10) DAYS OF THE SAID COURT'S ORDER, REQUESTS HEARING FOR THE PURPOSE OF DELINEATING WHY HE SHOULD NOT BE DISBARRED OR SUSPENDED FROM THE PRACTICE OF LAW BEFORE THIS HONORABLE COURT FOR/DUE TO "MISREPRESENTING HIS STATUS WITH THE RHODE ISLAND STATE BAR AND FOR FAILING TO REPORT HIS SUSPENSION AS REQUIRED BY THE LOCAL RULES OF THIS HONORABLE COURT."

RESPONDENT, FURTHER STATES THAT THE EXTENT OF THE PERSONAL KNOWLEDGE OF RESPONDENT OF THE "SUSPENSION" AS DESCRIBED IN SAID SHOW CAUSE ORDER IS THAT STATED BY THIS HONORABLE COURT IN ITS ORDER DATED 6/16/06, AND WAS UNAWARE OF A "SUSPENSION" BY THE RHODE ISLAND BAR, MOREOVER THERE WAS NO KNOWLEDGEABLE MISREPRESENTATION BY RESPONDENT OF HIS RI BAR STATUS TO THIS HONORABLE COURT WHEN REGISTRATION/PAYMENT WERE MADE 03/30/06.

A REQUEST FOR HEARING/BRIEFING SCHEDULE IS HEREBY MADE OF THIS HONORABLE COURT.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: THOMAS A. DiLUGLIO MISC. NO. 06-058 T

CERTIFICATION

THE UNDERSIGNED HEREBY STATES THAT HE CAUSED TO BE FILED WITH THE CLERK'S OFFICE OF THIS HONORABLE DISTRICT COURT THIS REQUEST FOR HEARING ON JUNE 23, 2006.

FOR RESPONDENT PRO SE

THOMAS A. DiLUGLIO
[signature]
920 HAWTHORNE AVE
JOHNSTON RI 02919
401-751-0537