UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

IN RE: THOMAS A. DiLUGLIO MISC. NO. 06-058T

**ANSWER AND AFFIDAVIT OF RESPONDENT TO SHOW CAUSE**

Now comes Respondent who on Friday June 23, 2006 responded to a SHOW CAUSE ORDER of this Honorable Court issued on June 16th 2006. Therein, Respondent refuted the contention set out in the SHOW CAUSE ORDER that he misrepresented his status as a member in good standing of the Bar of the Supreme Court of the State of Rhode Island. At the present time, Respondent is in the process of confirming that his status is as stated in the SHOW CAUSE ORDER issued by this Honorable Court. Whatever the results of that exercise, it seems that the salient issue of the SHOW CAUSE ORDER is whether or not Respondent made a *misrepresentation* to the Honorable Court and if he should be "…disbarred or suspended from the practice of law before this Court for misrepresenting his status…"

In respect thereto Respondent states as follows:

1. That the affiant subscribing hereto is the Respondent Thomas A. DiLuglio.
2. That the first time that Respondent became aware that he "has been suspended from the practice of law since 2002 for non-payment of bar dues" was upon review of the said SHOW CAUSE ORDER of this Honorable Court dated 6/16/06.
3. That if in fact the information of the SHOW CAUSE ORDER is correct, Respondent shall resign himself to the accuracy of the representation stated therein and shall remedy the clerical/ministerial problem of paying dues due and payable to the local mandatory but fraternal state attorney organization.

4. That until such time that the suspension is lifted by the Rhode Island Supreme Court, Respondent shall voluntarily refrain from the practice of law before this Honorable Court.
5. That, in short, Respondent did not make a ***knowing** misrepresentation* to this Honorable Court and would never presume to do so.
6. That at the time of the execution of the RIDC form on March 7, 2006 Respondent believed that "The information contained in [this] registration form [is] true and correct".
7. That though Respondent was sworn as a member of this Honorable Court in 1978 and considers himself to be under oath as an officer of this Honorable Court, this ANSWER to said SHOW CAUSE ORDER is proffered in the form of affidavit notwithstanding apparent redundancy.
7. That "Request for Hearing to Show Cause" made under separate pleading by Respondent is hereby waived in the event that the instant ANSWER is to the satisfaction of the Honorable Court to dispel the presumption that Respondent made a knowing misrepresentation regarding his Rhode Island Supreme Court Bar status.

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island on Monday June 26th 2006

Thomas A. DiLuglio

Notary Public #58439
My Commission Expires 6/19/10